## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



PEDRO COSME ROSADO, ET AL.,

VS.

CIVIL NO. 98-1491 (JAF)

ALFREDO SERRANO RODRIGUEZ,
ET AL.,

---

### DESCRIPTION OF MOTION

DATE FILED: 8/26/99   DOCKET: 18    TITLE: MOTION REQUESTING ENTERING OF DEFAULT

[X] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *The default of Cristino Cruz shall be entered.*

DATE: 9/29/99

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE