UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PEDRO COSME ROSADO, LYDIA ESTHER ROSADO FIGUEROA, and their Conjugal Partnership; MARIA TERESA COSME; PEDRO ORLANDO COSME RODRIGUEZ; PEDRO COSME, as Plaintiff and as father of YARITZA COSME RODRIGUEZ, who is a minor and also plaintiff,

Plaintiffs,

v.

ALFREDO SERRANO RODRIGUEZ, as Mayor of the city of Naranjito; 3-C CONSTRUCTION; CRISTINO CRUZ and the conjugal partnership with his wife Mrs. Cruz,

Defendants.

Civil No. 98-1491 (JAF)

RECEIVED & FILED
99 NOV 22 PM 12: 24
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN,P.R

**O R D E R**

The Pretrial Conference was held on November 10, 1999. The following dispositions are made:



1. The Proposed Pretrial Order filed on November 9, 1999, Docket Document No. 21, is **APPROVED.**

2. The motion assuming legal representation filed by Messrs. Ramírez-Lavandero, Landrón & Vera, Docket Document No. 23, is **GRANTED**.

3. Codefendant Alfredo Serrano-Rodríguez is granted **until January 30, 2000** to conclude his discovery and to join the proposed

pretrial order filed on November 9, 1999. Otherwise, the motion requesting relief in reference to discovery, Docket Document No. 22, is **DENIED**.

4. **Trial shall be held on July 31, 2000, at 9:30 A.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 18th day of November, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge