# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO




PEDRO COSME ROSADO, ET AL.

    VS.                            CIVIL NO. __98-1491__ (JAF)

ALFREDO SERRANO RODRIGUEZ,
ET AL.

## DESCRIPTION OF MOTION

| DATE FILED:11/15/99 DOCKET: 26 | TITLE: MOTION REQUESTING RECONSIDERATION AND SHOWING CAUSE WHY LIMITED DISCOVERY SHOULD BE ALLOWED AT THIS TIME |
|---|---|
| [ ] Plffs.   [X] Defts. | |

## O-R-D-E-R

*Denied*

_____   _____
DATE                         JOSE A. FUSTE
                             U.S. DISTRICT JUDGE