# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



PEDRO COSME ROSADO, ET AL

      VS.

ALFREDO SERRANO RODRIGUEZ

CIVIL NO. <u>98-1491(JAF)</u>

---

## DESCRIPTION OF MOTION

---

| DATE FILED:01/31/00 | DOCKET #: 27 | TITLE: MOTION by Alfredo Serrano-Rodriguez \|to request that dicovery proceeding be continued\| |
|---|---|---|
| []Plaintiff(s)  [X] Defendant(s) | | |

---

## O-R-D-E-R

---

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Denied*

_____
DATE

_____
JOSE A. FUSTE
U.S. DISTRICT JUDGE