## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO




PEDRO COSME ROSADO, ET AL.

    VS.                                       CIVIL NO. _98-1491_ **(JAF)**

ALFREDO SERRANO RODRIGUEZ,
ET AL.

---

| DESCRIPTION OF MOTION |
|---|
| DATE FILED: 2/10/00    DOCKET: 28    TITLE: MOTION REQUESTING DISMISSAL |
| [X] Plffs.    [] Defts. |

### O-R-D-E-R

Case Dismissed against Alfredo Serrano in his official capacity

3/29/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

Berhy

(34)