IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO COSME ROSADO, ET. AL.

Plaintiff(s),

VS.                                                  Civil No. 98-1491 (JAF)

ALFREDO SERRANO RODRIGUEZ, ET. AL.

Defendant(s).

==================================

# PARTIAL JUDGMENT

Pursuant to Court's Order, see Docket #34, case is now dismissed against Alfredo Serrano in his official capacity.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this April 3, 2000.

JOSE A. FUSTE
U.S. DISTRICT JUDGE

By: _____
REBECCA AGOSTINI-VIANA
DEPUTY CLERK