# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



PEDRO COSME ROSADO, ET AL

VS.

CIVIL NO. **98-1491(JAF)**

ALFREDO SERRANO RODRIGUEZ

## DESCRIPTION OF MOTION

| | | |
|---|---|---|
| **DATE FILED:** 03/30/00 | **DOCKET #:** 35 | **TITLE:** MOTION by All Plaintiffs to Extend Time for 30 days to opp to for sum/jgm. |
| [x] Plaintiff(s) | | |
| [ ] Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** *granted*

_____  
4-12-00  
DATE

_____  
JOSE A. FUSTE  
U.S. DISTRICT JUDGE

(37)

4