UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: JULY 20, **2000**

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 98-1491**

==================================================================

PEDRO COSME RODRIGUEZ                       Attorneys:
                                            For Plaintiffs:

   VS
                                            For Defendant:
ALFREDO SERRANO RODRIGUEZ

==================================================================

On November 22, 1999 Judge Fuste set this case for jury trial on July 31, 2000 at 9:30 AM. In view of the fact that this is one of the cases that has recently been assigned to Judge Garcia Gregory the trial setting is hereby vacated and set aside. New trial date will be set by Judge Garcia at a later time.

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY

S/cs to Jury Clerk

44