UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

COSME-ROSADO, ET AL

**Plaintiff(s)**

v.                                     CIVIL NUMBER: 98-1491 (JAG)

SERRANO-RODRIGUEZ

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Leave to File Documents in Spanish in Support of Motion for Summary Judgment (by Dft, 03/24/00); Motion to Accept Spanish Language Documents (by Plffs, 04/14/00)<br>**Docket(s):** 31, 39<br>[ ] **Plffs**   [ ] **Defts**   [ ] **Other** | To the extent that it has not been done already, the Court grants a period of 60 days from the date of this order to file certified translations. |

Date:   10/16/00

JAY A. GARCIA-GREGORY
U.S. District Judge