# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

COSME-ROSADO, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-1491 (JAG)

SERRANO-RODRIGUEZ

**Defendant(s)**

*RECEIVED & FILED 00 OCT 18 AM 7:56 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/14/00<br>**Title:** Motion to Strike Motion for Summary Judgment<br>**Docket(s):** 38<br>[x] Plffs  [ ] Defts  [ ] Other | **DENIED.** |
| **Date Filed:** 07/05/00<br>**Title:** Motion to Continue Jury Trial Until Motion for Summary Judgment is Decided<br>**Docket(s):** 42<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** |

Date: 10/16/00

*(signature)*
JAY A. GARCIA-GREGORY
U.S. District Judge