# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

COSME-ROSADO, ET AL

**Plaintiff(s)**

v.                                          CIVIL NUMBER: 98-1491 (JAG)

SERRANO-RODRIGUEZ

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/28/00<br>**Title:** Motion Submitting Certified Translations<br>**Docket(s):** 47<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **ACCEPTED.** |

---

Date:  December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

