UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO COSME-ROSADO, et al

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-1491 (JAG)

ALFREDO SERRANO-RODRIGUEZ, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/08/01<br>**Title:** Motion to Include New Case Law<br>**Docket(s):** 47<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **NOTED.** The Court will consider all applicable case law when resolving defendants' summary judgment motion. |

Date: April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge