IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO COSME ROSADO, ET ALS.

   Plaintiffs

   v.                              CIVIL NO. 98-1491 (JAG)

ALFREDO SERRANO RODRIGUEZ,
ET ALS.

   Defendants

## JUDGMENT

Based on the Opinion and Order of this date, the Court enters judgment dismissing the plaintiffs' federal claims with prejudice.

The Court declines to exercise its supplemental jurisdiction over plaintiffs' state law claims under 28 U.S.C. § 1367 and they are hereby dismissed without prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of March 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge


