IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
(FILING DROP BOX)

02 APR 19 PM 2: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| | |
|---|---|
| PEDRO COSME ROSADO, ET ALS<br><br>PLAINTIFFS<br><br>V.<br><br>ALFREDO SERRANO RODRIGUEZ,<br>ET ALS<br><br>DEFENDANTS | CIVIL NO. 98-1491 (JAG) |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

COMES NOW Plaintiffs and very respectfully notifies this Honorable Court that it is appealing from the Opinion and Judgement entered on March 25, 2002, by Honorable Jay A. García-Gregory, U.S. District Judge.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico this 19 day of April, 2002.

**I HEREBY CERTIFY**: That on this date a true copy of this Motion has been sent by mail to Jo Ann Estades Boyer, Esq., Federal Litigation Division, Department of Justice, PO Box 9020192, San Juan, Puerto Rico 00902-0192; Isabel Garcés Castro, Esq. And Eduardo A. Vera Ramírez, Esq., Ramírez Lavandero, Landrón & Vera, #151 Fortaleza St., Suite PH-2, Old San Juan, Puerto Rico 00902.

**ANTONIO BAUZA TORRES**
USDC-PR NO. 115502
602 Muñoz Rivera Ave.
Edif. Le Mans - Suite 402
Hato Rey PR 00918-3612
Tel./Fax 751-1774

appeals clerk

