UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO COSME-ROSADO, et al

    **Plaintiff(s)**

    v.                  CIVIL NO. 98-1491 (JAG)

ALFREDO SERRANO-RODRIGUEZ, et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/13/02<br>**Title:** Motion Requesting Leave to File Opposition to Plaintiffs' Rule 59 Motion<br>**Docket(s):** 60<br><br>[ ] Plffs  [X] Defts  [ ] Other | **GRANTED.** A reply shall be filed on or before June 3, 2002. |

Date: May 24, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge