

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

PEDRO COSME-ROSADO, et al

**Plaintiff(s)**

v.                                   CIVIL NO.  98-1491 (JAG)

ALFREDO SERRANO-RODRIGUEZ, et al

**Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| Date Filed: 06/17/02<br>Title: Motion Requesting an Extension of Time to File Opposition to Plaintiffs' Rule 59 Motion<br>Docket(s): 64 | **MOOT.** |

[ ] **Plffs**   [X] **Defts**   [ ] **Other**

---

Date:  June 26, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


