# United States Court of Appeals
## For the First Circuit

# MANDATE

No. 02-1600

PEDRO COSME-ROSADO; LYDIA ESTHER ROSADO-FIGUEROA;
CONJUGAL PARTNERSHIP COSME-ROSADO; MARIA TERESA-COSME;
PEDRO ORLANDO COSME-RODRIGUEZ; YARITZA COSME-RODRIGUEZ,

Plaintiffs, Appellants,

v.

ALFREDO SERRANO-RODRIGUEZ, AS MAYOR OF THE CITY OF
NARANJITO; 3-C CONSTRUCTION; CRISTINO CRUZ; JANE DOE, 98CV1491;
CONJUGAL PARTNERSHIP, CRUZ-CRUZ,

Defendants, Appellees.

### JUDGMENT

Entered: March 2, 2004

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3-23-04

By The Court:

**MARK R. SYSKA**
Mark R. Syska, Chief Deputy Clerk

[cc: Mr. Bauza-Torres and Ms. Lopez-Roche.]